UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 8 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| CARLIN HOUSTON, ADMINISTRATOR OF THE ESTATE OF MARION M. HOUSTON, DECEASED, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No: 5:05-CV-339 ) |
| CONSECO SENIOR HEALTH INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

**WHEREFORE** the plaintiff Carlin Houston, Administrator of the Estate of Marion M. Houston, Deceased, and the defendant, Conseco Senior Health Insurance Company, have filed a Joint Stipulation of Dismissal with Prejudice, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that the claims of the plaintiff against the defendant in the above-styled action are hereby dismissed with prejudice. Each party to bear its own costs.

**DONE AND ORDERED** this 8th day of March, 2006.

_____
Honorable William R. Wilson, Jr.

cc:   Stephen A. Matthews, Esq.
      Jamie L. Moore, Esq.
      Alphonso Simon, Jr., Esq.

1426053